```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CASE NO.: 6:06-MJ-144-WMW
                                )
11            Plaintiff,        )
                                )   STIPULATION TO CONTINUE
12       v.                     )   PRELIMINARY HEARING
                                )
13  DEEPAK PATHANIA,            )
                                )
14            Defendant.        )
                                )
15  _____)
```

WHEREAS, the Defendant Deepak Pathania made his initial appearance in this case on August 11, 2006, before Magistrate Judge William M. Wunderlich, in Yosemite National Park, California;

WHEREAS, the Preliminary Hearing in this case was scheduled for August 25, 2006, at 11:00 a.m. before Magistrate Judge Sandra M. Snyder, in Fresno, California;

WHEREAS, the Defendant was released from custody on August 11, 2006, and is not currently in custody pending the preliminary hearing;

WHEREAS, under Rule 5.1 (c) of the Federal Rules of Criminal Procedure, for a defendant not in custody the preliminary hearing must be held no later than 20 days after the initial appearance, that is, by August 31, 2006;

WHEREAS, with the Defendant's consent and upon a showing of good cause, a magistrate judge may extend the time limits for the holding of the preliminary hearing; and

WHEREAS, the parties previously agreeed to extend the date of the preliminary hearing

two weeks, until September 8, 2006, to give the parties an opportunity to negotiate a possible resolution of this matter;

WHEREAS, the Defendant has advised the Government that he has a pre-paid trip scheduled for September 8, 2006 to October 15, 2006, and therefore he has requested that the preliminary hearing be rescheduled for the end of October.

IT IS HEREBY STIPULATED between the parties through their respective counsel, and with the express consent of the Defendant, that the preliminary hearing currently scheduled for September 8, 2006, at 10:30 a.m., may be continued to October 27, 2006, at 10:30 a.m., in Fresno, California.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the indicated period of time for effective preparation, pursuant to 18 U.S.C. Section 3161(h)(8), subsections (A), (B), and (B)(iv).

DATED: August 29, 2006                    McGREGOR W. SCOTT
                                          United States Attorney

                                    By:   /s/ Mark J. McKeon
                                          MARK J. McKEON
                                          Assistant U.S. Attorney

DATED: September 1, 2006                   /s/ Mark A. Lizarraga
                                          MARK A. LIZARRAGA
                                          Assistant Federal Defender
                                          Attorney for Defendant,
                                          DEEPAK PATHANIA

CONSENT OF THE DEFENDANT

It has been explained to me by my attorney, Mark A. Lizarraga, that I have the right to a preliminary hearing within 20 days of my initial appearance before Magistrate Judge William M. Wunderlich on August 11, 2006. I consent to extending the date of the preliminary

///

///

///

hearing to October 27, 2006 for the reasons set forth in this Stipulation and Order.

DATED: September 1, 2006          /s/ Deepak Pathania
                                  DEEPAK PATHANIA
                                  Defendant

## ORDER

The Court finds good cause to extend due to the reason outlined in the stipulation, to wit: the unavailability of the defendant to discuss possible resolutions with counsel, and possibly resolve the matter.

Time is hereby excluded, pursuant to 18 U.S.C. § 3161(h)(8), subsections (B)(i) and(B)(iv)

IT IS SO ORDERED.

**Dated:   September 7, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

3