```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO.: 6:06-MJ-144-WMW
                                 )
11                  Plaintiff,   )
                                 )   STIPULATION TO CONTINUE
12          v.                   )   STATUS HEARING ON
                                 )   RESTITUTION
13  DEEPAK PATHANIA,             )
                                 )
14                  Defendant.   )
                                 )
15  _____)
```

16  The parties, by and through their undersigned attorneys,
17  hereby stipulate that the Status Hearing on Restitution,
18  presently scheduled for May 10, 2007, at 1:30 p.m. before
19  Magistrate Judge Dennis L. Beck, may be continued until May 17,
20  2007, at 1:30 p.m.
21      The reason for this stipulation is so that more complete
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

1 | information on the amount of the victim's claimed loss can be
2 | made available to the court and the parties.
3 |
4 | DATED: May 9, 2007                           McGREGOR W. SCOTT
   |                                              United States Attorney
5 |
6 |                                       By:   /s/ Mark J. McKeon
   |                                              MARK J. McKEON
7 |                                              Assistant U.S. Attorney
8 | DATED: May 9, 2007                            /s/ Steve Betz
   |                                              STEVE BETZ
9 |                                              Assistant Federal Defender
   |                                              Attorney for Defendant,
10|                                              DEEPAK PATHANIA
11|
12|
13|                              **ORDER**
14|     IT IS SO ORDERED.
15|     **Dated:   May 10, 2007**              **/s/ Dennis L. Beck**
   |                                          UNITED STATES MAGISTRATE JUDGE
16|

2