| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | CARRIE LEONETTI, Maryland Bar |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
|   | Telephone: (559) 487-5561 |

Attorney for Defendant
DEEPAK PATHANIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  6:06-mj-0144 |
|---|---|---|
|   | ) |   |
| *Plaintiff/Appellant,* | ) | STIPULATION TO CONTINUE STATUS |
|   | ) | HEARING ON RESTITUTION; RESET |
| v. | ) | BRIEFING SCHEDULE; AND ORDER |
|   | ) | THEREON |
| DEEPAK PATHANIA, | ) |   |
|   | ) | Date:  September 20, 2007 |
| *Defendant*/Appellee. | ) | Time:  10:00 a.m. |
|   | ) | Dept : Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the restitution hearing, in the above captioned matter, set for July 26, 2007 at 10:00 a.m., may be continued to **September 20, 2007 at 10:00 a.m.**

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the briefing schedule in the above captioned matter may be reset/extended as follows:   The deadline for the filing of Defendant/Appellant's opening brief is extended from July 5, 2007  to **August 31, 2007*;*** and the deadline for the filing of Plaintiff/Appellee's response brief is extended from July 19, 2007, to **September 14, 2007**.

The continuance of the restitution hearing, and the extension for the filing of the opening and response briefs is to allow the parties additional time to try and negotiate a settlement; as well as allow

///

///

1  defendant additional time for defense preparation and research.

3  DATED: July 24, 2007                         McGREGOR W. SCOTT
                                                United States Attorney


                                                By /s/ Mark J. McKeon
                                                   MARK J. McKEON
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


9  DATED: July 24, 2007                         DANIEL J. BRODERICK
                                                Federal Defender


                                                By /s/ Carrie S. Leonetti
                                                   CARRIE S. LEONETTI
                                                   Assistant Federal Defender
                                                   Attorney for Defendant


IT IS SO ORDERED.

   **Dated:   July 24, 2007**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE