```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEEPAK PATHANIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:06-mj-0144 |
| Plaintiff/Appellant, | **AMENDED** STIPULATION TO CONTINUE STATUS HEARING ON RESTITUTION; AND ORDER THEREON |
| v. | |
| DEEPAK PATHANIA, | Date: December 13, 2007 |
| Defendant/Appellee. | Time: 10:00 a.m. |
| | Dept : Hon. Dennis L. Beck |

**DUE TO THE COURT'S UNAVAILABILITY TO PROCEED WITH THE STATUS HEARING ON RESTITUTION ON DECEMBER 6, 2007, AS PREVIOUSLY STIPULATED TO, THE STIPULATION IS AMENDED AS F OLLOWS:**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status hearing regarding restitution, in the above captioned matter, presently set for November 8, 2007 at 10:00 a.m., may be continued to **December 13, 2007 at 10:00 a.m.**

///

///

///

///

///

///

1 | counsel will is unavailable on the date presently set.

3 | DATED:  November 7, 2007                McGREGOR W. SCOTT
                                            United States Attorney


                                            By /s/ Mark J. McKeon
                                               MARK J. McKEON
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


9 | DATED:  November 7, 2007                DANIEL J. BRODERICK
                                            Federal Defender


                                            By /s/ Carrie S. Leonetti
                                               CARRIE S. LEONETTI
                                               Assistant Federal Defender
                                               Attorney for Defendant


IT IS SO ORDERED.


   IT IS SO ORDERED.
   Dated:   **November 13, 2007**              /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE