DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant/Appellant
DEEPAK PATHANIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:06-mj-00144 DLB |
| *Plaintiff/Appellant,* | ORDER GRANTING STAY OF RESTITUTION PENDING APPEAL |
| v. | |
| DEEPAK PATHANIA, | Hon. Dennis L. Beck |
| *Defendant/Appellee.* | |

Having read and considered Defendant Deepak Pathania's motion for an order staying the restitution order entered on December 13, 2007, and the supporting memorandum of points and authorities, and GOOD CAUSE APPEARING, SAID MOTION IS HEREBY GRANTED.

IT IS HEREBY ORDERED that restitution is hereby stayed pending final resolution of appeal in this matter.

IT IS SO ORDERED.

Dated:   **February 19, 2008**          **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE