ATT MR. CHARLES J. LEE

DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEEPAK PATHANIA

**FILED**

DEC 11 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 6:06-mj-00144 WMW |
| Plaintiff, ) | WAIVER OF DEFENDANT'S PERSONAL |
| ) | PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. ) | [PROPOSED] ORDER THEREON |
| ) | |
| DEEPAK PATHANIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Deepak Pathania, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

1      Defendant makes this request because of the time, distance and expense involved, travel

2  to Fresno for court appearances would be both a financial and personal hardship.  Defendant

3  wishes to limit the number of personal court appearances and minimize the time and expense of

4  travel to court.

5      This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

6

7      DATED: 12/3/08

8                                                    DEEPAK PATHANIA

9

10

11     DATED: 12/4/08

12                                                    CHARLES J. LEE
13                                                    Assistant Federal Defender
                                                      Attorney for Defendant
14

15

16

17                              **O R D E R**

18     GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance

19  may be waived at any and all non-substantive pretrial proceedings until further order.

20

21     DATED: 12/11/08

22

23                                                    Magistrate Judge
24                                                    United States District Court
                                                      Eastern District of California
25

26

Waiver of Defendant's Personal Presence;            -2-
[Proposed] Order Thereon

28