```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone (559) 497-4000
 5
```

FILED
FEB -5 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEEPAK PATHANIA, <br><br> Defendant. | CASE NO. 6:06-mj-144-WMW <br><br> [~~PROPOSED~~] ORDER ON PAYMENT OF RESTITUTION |

As previously ordered by Hon. Dennis L. Beck on December 13, 2007, defendant DEEPAK PATHANIA is to pay restitution in the amount of $16,738.65 to the following victims:

Ashley Herron

    $3,000.00 - Lost Wages (R.T. 12)

    $ 500.00 - Damage to Computer (R.T. 12)

    $3,500.00 - TOTAL

Allstate Insurance Group

    $11,153.25 - Damage to Vehicle (R.T. 14)

    $ 2,085.40 - Medical Expenses (R.T. 15)

    $13,238.65 - TOTAL

As previously ordered by the Hon. Dennis L. Beck on December 13, 2007, and pursuant to Title 18, United States Code, Section 3664(j)(1), restitution shall be paid first to the victim Ashley

cc: Financial Fresno 2/5/09

Herron before any restitution is paid to the Allstate Insurance Group. R.T. 15.

Payments on restitution are to be made as directed by the United States Probation office. R.T. 16.

DATED: **2/5/09**

UNITED STATES MAGISTRATE JUDGE
SM SNYDER